Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
608 Lander Street
Reno, NV 89509
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PATRICK FUCHS, derivatively on behalf of RED CAT HOLDINGS, INC.,

Plaintiff,

vs.

JEFFREY THOMPSON, LEAH LUNGER, JOSEPH HERNON, GEORGE MATUS, GEOFFREY HITCHCOCK, BRENDAN STEWART, JOSEPH FREEDMAN, NICHOLAS LIUZZA, JR., and CHRISTOPHER R. MOE,

Defendants,

and

RED CAT HOLDINGS, INC.,

Nominal Defendant.

Case No.: 2:25-cv-01473-JCM-MDC

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND SET BRIEFING SCHEDULE REGARDING VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT [ECF NO. 1]**

**(First Request)**

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Patrick Fuchs ("Plaintiff") and Nominal Defendant Red Cat Holdings, Inc. ("Red Cat") and Individual Defendants Jeffrey Thompson, Leah Lunger, Joseph Hernon, George Matus, Geoffrey Hitchcock, Brendan Stewart, Joseph Freedman, Nicholas Liuzza, Jr., and Christopher R. Moe (with Red Cat, "Defendants" and together with Plaintiff the "Parties"), by and through their respective counsel, hereby stipulate to stay the above-captioned action (the "Action"). This is the Parties' first request to stay these

proceedings or to otherwise extend the deadline for any responses to Plaintiff's Verified Shareholder Derivative Complaint ("Complaint"). The Parties stipulate and agree as follows:

WHEREAS, on August 11, 2025, Plaintiff filed the Complaint in the Action and duly served Red Cat on August 13, 2025;

WHEREAS, a related federal securities fraud class action captioned *Olsen v. Red Cat Holdings, Inc, et al*., No. 2:25-cv-05427-MEF-JSA (the "Securities Action") is pending before the Hon. Michael E. Farbiarz in the U.S. District Court for the District of New Jersey;

WHEREAS, the Securities Action arises from similar facts and also names as defendants six of the Defendants in the Action;

WHEREAS, on August 27, 2025, the Court in the Securities Action granted the parties' stipulation regarding the appointment of lead plaintiff(s) and the proposed schedule for the filing of an amended complaint or other designation of the operative complaint and the parties to the Securities Action have been meeting and conferring to address leadership;

WHEREAS, the Parties agree that the Court's ruling on the anticipated motion to dismiss the operative complaint in the Securities Action will inform proceedings in the Action;

**NOW, THEREFORE**, the parties stipulate and agree, subject to the order of the Court, that:

1. The Individual Defendants hereby accept service of the Complaint.

2. The Action, including but not limited to any conferences, obligations to respond to the Complaint, and all discovery and disclosure obligations under the applicable federal and local rules, is hereby STAYED until pending resolution of the motion to dismiss in the Securities Action.

3. The Parties shall meet and confer regarding consolidation of any shareholder derivative action filed in, removed to, or transferred to this Court that any Party determines is related to this Action and an application for consolidation of such a shareholder derivative action may be made by Plaintiff or the Parties, jointly, and may be ruled on, notwithstanding the stay, and an application for appointment of leadership for plaintiffs may be made by Plaintiff, and may be ruled on, notwithstanding the stay if such appointment by the Court has not already been made.

4. Plaintiff may amend the Complaint during the stay. Defendants shall have no obligation to respond to any amended complaint until the stay is lifted and the Parties have filed with the Court a proposed scheduling order governing further proceedings.

5. Within fourteen (14) days from the date that the stay is lifted, the Parties shall meet and confer and submit a proposed scheduling order to the Court for further proceedings.

**IT IS SO STIPULATED.**

Dated: February 6, 2026

By: /s/ Zachary Williams
Darren G. Reid
Zachary D. Williams
*pro hac vice* forthcoming
HOLLAND & HART LLP
222 South Main Street, Suite 2200 Salt Lake City, UT 84101
Telephone: (801) 79905952
Email: dgreid@hollandhart.com
Email: zdwilliams@hollandhart.com

*Attorneys for Defendant George Matus*

Dated: February 6, 2026

By: /s/ Bradley Austin
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Tel. (702) 784-5200
Fax. (702) 784-5252
baustin@swlaw.com

Robert D. Weber
*pro hac vice* forthcoming
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600 Los Angeles, California 90067-6055 Telephone: 310.228.3700

Dated: February 6, 2026

By: /s/ Patrick Leverty
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
608 Lander Street
Reno, NV 89509
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: 516. 922.5427
Facsimile: 516.344.6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Patrick Fuchs*

Facsimile: 310.228.3701

*Attorneys for Nominal Defendant Red Cat and Individual Defendants Jeffrey Thompson, Leah Lunger, Joseph Hernon, Geoffrey Hitchcock, Brendan Stewart, Joseph Freedman, Nicholas Liuzza, Jr., and Christopher R. Moe*

**IT IS SO ORDERED:**

____________________________________
**UNITED STATES DISTRICT JUDGE**

Dated: __________________________________